

**CITY AND COUNTY OF DENVER**

**DEPARTMENT OF LAW**
**KERRY TIPPER**
**CITY ATTORNEY**

DEN LEGAL SERVICES
AIRPORT OFFICE BUILDING
DENVER INTERNATIONAL AIRPORT
8500 PEÑA BOULEVARD, 9TH FLOOR
DENVER, COLORADO 80249
PHONE: (303) 342-2540
FAX: (303) 342-2552

MICHAEL HANCOCK
Mayor

June 15, 2023

<u>**VIA EMAIL**</u>

jameslawson5656@gmail.com

James Lawson
4314 N. 65th Street
Apt. #4
Omaha, Nebraska 68104

Re:   Date of Loss:          May 15, 2023
      Location:              Denver International Airport
      City Claim Number:     DEN23-15203

Dear Mr. Lawson:

This letter acknowledges receipt of your Notice of Claim received by the Denver City Attorney's Office and DEN Legal Department on May 23, 2023 regarding the above referenced matter.

This matter is being referred to Tim Hightower, Complex Claims Director of AIG Property Casualty, (470) 426-9463. AIG is the insurance carrier for Denver International Airport ("DEN"). If you do not hear from AIG within seven (7) days after receipt of this letter, please contact them at the telephone number provided above.

Thank you.

Sincerely,

*/s/ Vianes Z. Rodriguez*

Vianes Z. Rodriguez
Assistant City Attorney

VR/lb

cc:  Tim Hightower- AIG Property Casualty (w/encl.)
     Jonathan Arcila- DEN Risk Management (w/encl.)

Exhibit A